IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KELVIN FRAZIER,**
          Petitioner,

vs.                                                    Case No. 3:10cv48/WS/MD

**WALTER A. MCNEIL,**
          Respondent.
_____

## ORDER, REPORT AND RECOMMENDATION

On February 17, 2010, this court entered a Report and Recommendation recommending that this habeas case be dismissed, because the pleadings and attachments established that the petition was intended for filing in <u>state</u> court, not this court. (Doc. 15). In response, petitioner has filed a Notice of Voluntary Dismissal. (Doc. 16).

Rule 41 of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Since respondent has not yet been served in the instant case, it is clear that petitioner is automatically entitled to a voluntary dismissal at this time.

Accordingly, it is ORDERED:

That the Report and Recommendation dated February 17, 2010 (doc. 15), is hereby VACATED.

And it is respectfully RECOMMENDED:

1. That petitioner's Notice of Voluntary Dismissal, which has been docketed as a motion, (doc. 16) be GRANTED.

2.  That the petition for writ of habeas corpus (doc. 1) be DISMISSED WITHOUT PREJUDICE.

3.  That the Clerk be directed to close the file.

At Pensacola, Florida this 24th day of February, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).